No. 858

### BEST v. McCLURE

Ohio Supreme Court

No. 17864. Decided Oct. 23, 1923

To Appear in Ohio State Reports

**136. COURTS.**

Proceedings by a guardian to sell the interest of his ward in real estate which had been devised to the defendant, who sought to compel the guardian, before such a sale, to resort to fund provided for the ward's support, is a case of chancery jurisdiction, and therefore appealable under the Constitution of Ohio, Art. IV, Sec. 6.

PER CURIAM.

#### Epitomized Opinion

Plaintiff George W. Best began his action in the Mahoning Common Pleas, praying for the sale of property in the interest of his ward, Alfred H. McClure, an imbecile.

John McClure, the father of Alfred, had bequeathed a farm to his son Walter and daughter Mary. The will had a provision that the son Alfred was to have a home thereon, and Walter and Mary should furnish him suitable maintenance. Later, Walter died, and bequeathed his interest in the farm to William, the answering defendant herein.

It appears that when Walter died, for the purpose of discharging the obligation to maintain Alfred imposed upon him by the will, created a trust fund the income from which was to be paid for the support of Mary and Alfred.

The petition set up that under the will the care and maintenance became a lien upon the land, and asked that as the farm could not produce enough for the ward's support, that the property be sold and prayed for such a sale. The answering defendant set up that it would be inequitable for the guardian to resort to his interest in the farm, without first exhausting this fund.

The trial court found it necessary to sell the premises, and ordered a sale. The defendant, William appealed. The plaintiff then moved a dismissal of the appeal, for the reason that the Court of Appeals had no jurisdiction to entertain it. The Court of Appeals overruled the motion and dismissed the guardian's petition, and from this decision error was carried to the Supreme Court, which held as follows

The petition and answer determine the character of this action. The petition seeks to enforce a lien upon lands devised to another. This was not denied, but the answer sought to compel the guardian to resort to a maintenance fund, before selling his ward's interest in the premises. Under these pleadings, the case was clearly one of chancery jurisdiction, and therefore appealable. The judgment of the Court of Appeals was affirmed.

Attorneys—A. H. Miller, Alliance, and W. H. Spence, Lisbon, for Best; W. S. Emmons, Alliance contra.